UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT FREMONT EVANS,

       Petitioner,

v.                                          CASE NO. 05-CV-70900-DT
                                              HONORABLE VICTORIA A. ROBERTS

JAN TROMBLEY,

       Respondent.

_____/

## JUDGMENT

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge Victoria A. Roberts presiding, and pursuant to the Opinion and Order entered on  December 7, 2005,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

Dated at Detroit, Michigan on  December 7, 2005.

                                                       DAVID J. WEAVER
                                                       CLERK OF THE COURT

                                                    By:  Carol Pinegar
                                                         DEPUTY CLERK

APPROVED:

S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE